JAP:SME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | S U P P L E M E N T A L AFFIDAVIT |
| - against - | (21 U.S.C. §§ 952(a) and 960) |
| REZA EIFLAAR, | 16-M-1078 |
| Defendant. | |

- - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

ROBERT MARTINEZ, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on November 28, 2016.

Commencing on or about November 26, 2016, the defendant REZA EIFLAAR passed 11 pellets. In total, 100 pellets were recovered from the defendant, with a total gross weight of approximately 1.1118 kilograms of cocaine.

2

WHEREFORE, your deponent respectfully requests that the defendant REZA EIFLAAR be dealt with according to law.

Dated: Brooklyn, New York
December 1, 2016

*Robert Martinez*
ROBERT MARTINEZ
Special Agent
United States Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
1st day of December, 2016

S/ Orenstein

THE [ORE]NSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK